UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Glenda Bone,      Plaintiff, | : : : : | |
| Vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al,      Defendants. | : : : : : | |
| Civil Case No.: 2:17-cv-12756 | : : | |

### AMENDED SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Glenda Bone

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Georgia

5. State in which Plaintiff alleges injury: Georgia

6. Defendants (check all Defendants against whom a Complaint is made):

a. Taxotere Brand Name Defendants

☐ A. Sanofi S.A.

☐ B. Aventis Pharma S.A.

✓ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

✓ D. Sanofi-Aventis U.S. LLC

b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐ A. Sandoz, Inc.

☐ B. Accord Healthcare, Inc.

☐ C. McKesson Corporation d/b/a McKesson Packaging

☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☐ E. Hospira Inc.

☐ F. Sun Pharma Global FZE

☐ G. Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐ H. Pfizer Inc.

☐ I. Actavis LLC f/k/a Actavis Inc.

☐ J. Actavis Pharma Inc.

☐ K. Other: _____

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue: US District Court for the Middle District of Georgia

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

9. Brand Product(s) used by Plaintiff (check applicable):

   ☑ A.   Taxotere

   ☐ B.   Docefrez

   ☐ C.   Docetaxel Injection

   ☐ D.   Docetaxel Injection Concentrate

   ☐ E.   Unknown

   ☐ F.   Other: _____

10. First date and last date of use (or approximate date range, if specific dates are unknown)

    for Products identified in question 9:  01/13/10 - 03/15/10

11. State in which Product(s) identified in question 9 was/were administered: Georgia

12. Nature and extent of alleged injury: Permanent and persistent hair loss on the scalp. Diffuse thinning of hair on the scalp. Plaintiff also suffers from a change of texture to her hair. Loss of body hair, eyebrows and eyelashes. Plaintiff did not know Taxotere caused her hair loss until in or about July 2016.

13. Counts in Master Complaint brought by Plaintiff:

    ☑ Count I – Strict Products Liability – Failure to Warn
    ☑ Count III – Negligence
    ☑ Count IV – Negligent Misrepresentation
    ☑ Count V – Fraudulent Misrepresentation
    ☑ Count VI – Fraudulent Concealment
    ☑ Count VII – Fraud and Deceit
    ☐ Other: _____

This the 20th day of November, 2017.

                                                  WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*